**Claim Chart of U.S. Patent 12,038,247 for Claim 15**

| '247 Claim 15 | Mr. Hoffman's Alleged Infringing Active Safety Selector (Super Safety[tm]) | Expired 7,398,723 Patent |
|---|---|---|
|  FIG. 9D<br><br>1. A firearm trigger mechanism comprising: | <br>When installed and used as directed, the Super Safety is part of a forced reset trigger mechanism and functions as a cam that in at least one mode, both forces the reset of the trigger and locks the trigger during the cycle of operation.<br><br>*The components Mr. Hoffman designed and would like to sell are not a "firearm trigger mechanism" – they are parts that may be used in combination with other parts to form a firearm trigger mechanism.* |  FIG. 2<br><br>When installed and used as directed, the '723 device is part of a forced reset trigger mechanism and functions as a cam that in at least one mode, both forces the reset of the trigger and locks the trigger during the cycle of operation. |
| (a) a hammer (red) having a sear catch and a hook for engaging a disconnector (orange) and adapted to be mounted in a fire control | The Super Safety (Yellow) is installed in a fire control mechanism pocket of a receiver along with a hammer (Red) that has a sear catch and a hook for engaging a disconnector (Orange). | The '723 device includes a hammer (red) having a sear catch and hook for engaging a disconnector (orange with wide hash marks) and adapted to mounted in a fire control mechanism pocket of a receiver. |

**Claim Chart of U.S. Patent 12,038,247 for Claim 15**

| | | |
|---|---|---|
| mechanism pocket (yellow area) of a receiver<br><br>*Standard AR-15 triggers have these components and functionality.* | The components Mr. Hoffman designed and would like to sell lack a hammer and a disconnector, thus lacking these claim elements.<br><br>*Standard AR-15 triggers have these components and functionality (other than the represented in yellow Super Safety).* | *Standard AR-15 triggers have these components and functionality.* |
| (b) to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier,<br><br>*Standard AR-15 triggers have these components and functionality.* | The hammer (Red) pivots on a transverse hammer pivot axis between set and released positions. The hammer is adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>*Standard AR-15 triggers have these components and functionality.* | The '723 device includes a hammer (Red) that pivots on a transverse hammer pivot axis between set and released positions. The hammer is adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>*Standard AR-15 triggers have these components and functionality.* |
| (c) a trigger member (pink) having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions,<br><br>*Standard AR-15 triggers have these components and functionality.* | The Super Safety (Yellow) is installed with a trigger member (Brown) in the fire control mechanism pocket, and the trigger member pivots on a transverse trigger member pivot axis between set and released positions. The trigger member has a sear.<br><br>*Standard AR-15 triggers have these components and functionality (other than the represented in yellow Super Safety).* | The '723 device has a trigger member (pink) with a sear adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>*Standard AR-15 triggers have these components and functionality.* |
| (d) wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member | The sear of the trigger member and sear catch of the hammer are in engagement when the hammer and trigger member are in their set positions. | The sear of the '723 device trigger member (pink) and sear catch of the hammer are in engagement when the hammer and trigger member are in their set positions. |

**Claim Chart of U.S. Patent 12,038,247 for Claim 15**

| | | |
|---|---|---|
| *Standard AR-15 triggers have these components and functionality.* | *Standard AR-15 triggers have these components and functionality.* | *Standard AR-15 triggers have these components and functionality.* |
| (e) and are out of engagement in said released positions of said hammer and trigger member,<br><br>*Standard AR-15 triggers have these components and functionality.* | The sear of the trigger member and sear catch of the hammer are out of engagement in the released position.<br><br>*Standard AR-15 triggers have these components and functionality.* | The sear of the '723 trigger member (pink) and the sear catch of the hammer (red) are out engagement in the released position.<br><br>*Standard AR-15 triggers have these components and functionality.* |
| (f) said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis,<br><br>*Standard AR-15 triggers have these components and functionality.* | The disconnector (Orange) is adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis. The disconnector has a hook for engaging the hammer (Red).<br><br>*Standard AR-15 triggers have these components and functionality.* | The disconnector (Orange with wide hashing) of the '723 device has a hook for engaging said hammer (Red) and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>*Standard AR-15 triggers have these components and functionality.* |
| (g) and a cam (green) having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, | The Super Safety has a cam with a cam lobe and lever that is adapted to be movably mounted in the fire control mechanism pocket. | The '723 device has a cam (green trigger reset cam) with a cam lobe and lever that is adapted to be movably mounted in the fire control mechanism pocket. |
| (h) whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, | During at least part of the cycle in the standard semi-automatic mode, the cam is in the first position and rearward movement of the bolt carrier causes rearward pivoting of the hammer (Red) such that the disconnector (Orange) hook catches the hammer hook. Thereafter, the bolt carrier (grey) moves forward into battery, | During the standard semi-automatic mode for the '723 device, the cam is in the first position and rearward movement of the bolt carrier causes rearward pivoting of the hammer (Red) such that the disconnector (Orange with wide hashing) hook catches the hammer hook, and thereafter the bolt carrier (purple) moves forward into battery, |

**Claim Chart of U.S. Patent 12,038,247 for Claim 15**

| | | |
|---|---|---|
| *Standard AR-15 triggers have this functionality.* | *Plaintiffs' cannot improperly broaden the claim language requiring that "in a standard semi-automatic mode, said cam <u>is in</u> said first position" to a construction where "during <u>at least part of the cycle</u> in the standard semi-automatic mode" in an attempt to cover the Super Safety. "Is" ≠ "at least part".*<br><br>*Standard AR-15 triggers have this functionality.* | *Standard AR-15 triggers have this functionality.* |
| (i) at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and<br><br>*Standard AR-15 triggers have these components and this functionality.* | at which time a user must manually release the trigger member (Brown) to free said hammer (Red) from the disconnector (Orange) to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm.<br><br>*Standard AR-15 triggers have these components and this functionality.* | at which time a user of the '723 device must manually release the trigger member (pink) to free said hammer (Red) from the disconnector (Orange with wide hashing) to permit the hammer and trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm.<br><br>*Standard AR-15 triggers have these components and this functionality.* |
| (j) whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, | Where in the forced reset semi-automatic mode, the cam is in the second position during at least part of the cycle and forces the trigger member toward the set position. Rearward movement of the bolt carrier causes rearward pivoting of the hammer (Red) such that the disconnector (Orange) hook is prevented from catching the hammer hook. | *Like the Super Safety, the '723 device lacks a "forced reset semi-automatic mode" where a cam is in said second position. Plaintiffs' cannot improperly broaden the claim language requiring that "said cam* is *in said second position" to a construction where "the cam is in the second position during <u>at least part of the cycle</u>", but if they do, they cover the '723* |

**Claim Chart of U.S. Patent 12,038,247 for Claim 15**

| | | |
|---|---|---|
| | *The Super Safety lacks a "forced reset semi-automatic mode" where a cam* *<u>is in</u>* *said second position because the Super Safety safety selector cam always starts and ends in a first position. Plaintiffs cannot improperly broaden the claim language requiring that "said cam is in said second position" to a construction where "the cam is in the second position during* *<u>at least part of the cycle</u>*" *to cover the Super Safety. "Is" ≠ "at least part".*<br><br>***The Super Safety never prevents the disconnector hook from catching said hammer hook, thus Plaintiffs' allegation that it does is false. Lacking this claim element or any arguable equivalent, the Super Safety does not infringe claim 15 of the '247 patent.* | *device. The '723 device includes a trigger reset cam (green) like the trigger reset cam of the '247 patent, however, as in the Super Safety, the trigger reset cam of the '723 patent always starts and ends in a first position.*<br><br>*Like the Super Safety, the '723 device never prevents the disconnector hook from catching said hammer hook.* |
| (k) and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm.<br><br>*Standard AR-15 triggers have these components and functionality.* | Thereafter, the bolt carrier moves forward into battery, at which time the user can pull the trigger member (Brown) to fire the firearm.<br><br>*Standard AR-15 triggers have these components and functionality.* | Thereafter, in the '723 device the bolt carrier moves forward into battery, at which time the user can pull the trigger member (pink) to fire the firearm.<br><br>*Standard AR-15 triggers have these components and functionality.* |