EXHIBIT
7

UNITED STATES
PATENT AND TRADEMARK OFFICE

# Patent Assignment Abstract of Title

Search results for Patent #: 9568264

Generated on Fri Jan 23 2026 16:57:43 GMT-0500 (Eastern Standard Time)

**Invention title**
FLEX-FIRE TECHNOLOGY

**Inventors**
Thomas Graves Allen

**Patent number**
9568264

**Issue date**
Feb 14, 2017

**Application number**
14850380
View in PPUBS

**Filing date**
Sep 10, 2015

**Publication number**
20160102933
View in PPUBS

**Publication date**
Apr 14, 2016

**PCT number**
N/A
N/A

**International number**
N/A

## Assignment 1

**Reel/ Frame**
46671/0687

**Pages**
14

**Conveyance**
LICENSE

**Documents**
View documents

**Recorded**
Jul 31, 2018

**Assignors & execution date**

GRAVES, THOMAS ALLEN
Jan 31, 2018

**Assignee**

WOLF TACTICAL LLC
C/O 1914 AKRON
PENINSULA ROAD
AKRON
OHIO, UNITED STATES
44313

**Correspondent**

TIMOTHY D. BENNETT

EMERSON THOMSON
BENNETT LLC
1914 AKRON PENINSULA ROAD
AKRON, OH 44313

**Attorney docket number**
41371.MISC

## Assignment 2

**Reel/ Frame**
66023 /0001

**Pages**

**Assignors & execution date**

WOLF TACTICAL LLC
Jan 31, 2018

**Correspondent**

THOMAS ALLEN GRAVES

295 EAGLE POINT LN.

EXHIBIT 7

16

**Conveyance**

ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents**

View documents

**Recorded**

Jan 4, 2024

**Assignee**

GRAVES, THOMAS ALLEN
295 EAGLE POINT LN.
SAND SPRINGS
OKLAHOMA, UNITED STATES
74063

SAND SPRINGS, OK 74063

**Attorney docket number**

N/A

## Assignment 3

**Reel/ Frame**

66127/0255

**Pages**

14

**Conveyance**

RECISSION FOR LACK OF CONSIDERATION

**Documents**

View documents

**Recorded**

Dec 22, 2023

**Assignors & execution date**

GRAVES, THOMAS ALLEN
Jan 31, 2018

WOLF TACTICAL LLC
Jan 31, 2018

**Assignee**

GRAVES, THOMAS ALLEN
295 EAGLE POINT LN.
SAND SPRINGS
OKLAHOMA, UNITED STATES
74063

**Correspondent**

THOMAS ALLEN GRAVES

295 EAGLE POINT LN.
SAND SPRINGS, OK 74063

**Attorney docket number**

N/A

## Assignment 4

**Reel/ Frame**

67048 /0209

**Pages**

5

**Conveyance**

SECURITYINTEREST

**Documents**

View documents

**Assignors & execution date**

GRAVES, THOMAS
Jul 28, 2021

**Assignee**

RLP TRUST
3904 STARFLOWER COURT
LAS VEGAS
NEVADA, UNITED STATES
89107

**Correspondent**

KATHERINE E SULLIVAN

36 E CAMERON ST
TULSA, OK 74102

**Attorney docket number**

N/A

EXHIBIT 7

**Recorded**

Apr 9, 2024

## Assignment 5

**Reel/ Frame**

69067 /0584

**Pages**

3

**Conveyance**

TRANSFER OF OWNERSHIP, RIGHT, TITLE, INTEREST, AND THE GOODWILL ASSOCIATED THEREWITH FOR 1$, AND OTHER GOOD AND VALUABLE CONSIDERATION. SEE NOW REEL/FRAME 067048 /0209 FILED APRIL 9, 2024 BY PATENT ATTORNEY KATHERINE E. SULLIVAN.

**Documents**

View documents

**Recorded**

Sep 28, 2024

**Assignors & execution date**

GRAVES, THOMAS ALLEN, GRANTOR

Jul 28, 2021

**Assignee**

RLP TRUST, C/O KATHERINE E. SULLIVAN

36 E CAMERON ST

TULSA

OKLAHOMA, UNITED STATES

74102

**Correspondent**

MS. KATHERINE E. SULLIVAN PATENT ATT

36 E CAMERON ST

TULSA, OK 74102

**Attorney docket number**

N/A

## Assignment 6

**Reel/ Frame**

66163 /0436

**Pages**

4

**Conveyance**

COURT JUDGMENT

**Documents**

View documents

**Recorded**

**Assignors & execution date**

GRAVES, THOMAS ALLEN

Dec 15, 2022

**Assignee**

RARE BREED TRIGGERS LLC AND ABC IP, LLC

8 THE GREEN, SUITE A

DOVER

DELAWARE, UNITED STATES

19901

**Correspondent**

GLENN D. BELLAMY

WOOD, HERRON & EVANS, LLP

600 VINE STREET, SUITE 2800

CINCINNATI, OH 45202

**Attorney docket number**

RARETRG-09OK

Jan 3, 2024

EXHIBIT

7

## Assignment 7

**Reel/ Frame**

69483 /0744

**Pages**

4

**Conveyance**

ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents**

View documents

**Recorded**

Dec 4, 2024

**Assignors & execution date**

GRAVES, THOMAS ALLEN, MR.

Nov 22, 2024

**Assignee**

ABC IP, LLC
8 THE GREEN, SUITE A
DOVER
DELAWARE, UNITED STATES
19901

**Correspondent**

GLENN D. BELLAMY

WOOD HERRON & EVANS, LLP
600 VINE STREET, SUITE 2800
CINCINNATI, OH 45202

**Attorney docket number**

RARETRG-09OK