CLOSED,APPEAL,AO120,CLC1

**Live Database**
**U.S. District Court – Eastern District of Tennessee (Chattanooga)**
**CIVIL DOCKET FOR CASE #: 1:25–cv–00389–CLC–CHS**

ABC IP, LLC et al v. Hoffman et al
Assigned to: District Judge Curtis L Collier
Referred to: Magistrate Judge Christopher H Steger
Cause: 15:1126 Patent Infringement

Date Filed: 12/23/2025
Date Terminated: 04/14/2026
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC**
*a Deleware Limited Liability Company*

represented by **David A. Skeels**
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street
Suite 3500
Fort Worth, TX 76102
817–878–0573
Fax: 817–878–0501
Email: dskeels@whitakerchalk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Decker A Cammack**
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St
Suite 3500
Fort Worth, TX 76102
817–878–0578
Fax: 817–878–0501
Email: dcammack@whitakerchalk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glen D Bellamy**
WOOD, HERRON & EVANS, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
513–241–2324
Email: gbellamy@whe–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alan Jackson , II**
Spears, Moore, Rebman & Williams, P.C.
601 Market Street
Suite 400
Chattanooga, TN 37402
423–757–0404
Email: JAJ@smrw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**                              represented by   **David A. Skeels**
*A Texas Corporation*                                                      (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *PRO HAC VICE*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Decker A Cammack**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Glen D Bellamy**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Joseph Alan Jackson , II**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**AS Designs, LLC**                                       represented by   **AS Designs, LLC**
                                                                           PRO SE

V.

**Defendant**

**Timothy Hoffman**                                       represented by   **Jacob G Horton**
*an Individual*                                                            Blanchard Horton PLLC
                                                                           P.O. Box 5657
                                                                           Oak Ridge, TN 37830
                                                                           865−269−2673
                                                                           Email: Docketing@blanchard−patent.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Jonathan M Blanchard**
                                                                           Blanchard Horton PLLC
                                                                           P.O. Box 5657
                                                                           Oak Ridge, TN 37830
                                                                           865−269−2673
                                                                           Fax: 865−674−5349
                                                                           Email: Docketing@blanchard−patent.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Hoffman Tactical, LLC**
*a Tennessee Limited Liability Company*

represented by **Jacob G Horton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M Blanchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**United States of America**

represented by **Walter W. Brown**
DOJ–Civ
Poc Agostinho, Jean
1100 L St., N.W.
8142
Washington, DC 20530
202–307–0341
Email: walter.brown2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2025 | Ï 1 | COMPLAINT against Timothy Hoffman, Hoffman Tactical, LLC ( Filing fee $ 405 receipt number ATNEDC–6193911.), filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit A (U.S. Patent No. 12,038,247), # 2 Exhibit B (U.S. Patent No. 12,031,784), # 3 Exhibit C (U.S. Patent No. 7,398,723), # 4 Exhibit D (Settlement Agreement), # 5 Supplement (Civil Cover Sheet))(Jackson, Joseph) (Entered: 12/23/2025) |
| 12/23/2025 | Ï 2 | Certificate of Corporate Interest by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 12/23/2025) |
| 12/23/2025 | Ï 3 | SUPPLEMENT *(Summons – Timothy Hoffman)* by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 12/23/2025) |
| 12/23/2025 | Ï 4 | SUPPLEMENT *(Summons – Hoffman Tactical, LLC)* by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 12/23/2025) |
| 12/23/2025 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice *of Decker A. Cammack* ( Filing fee $ 150 receipt number ATNEDC–6193965.) by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Other (Certificate of Good Standing – Decker A. Cammack, N.D. Tex.))(Jackson, Joseph) (Entered: 12/23/2025) |
| 12/23/2025 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice *of Glenn D. Bellamy* ( Filing fee $ 150 receipt number ATNEDC–6193969.) by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Other (Certificate of Good Standing – Glenn D. Bellamy, S.D. Ohio))(Jackson, Joseph) (Entered: 12/23/2025) |
| 01/06/2026 | Ï | District Judge Curtis L Collier and Magistrate Judge Christopher H Steger added. (JCK) (Entered: 01/06/2026) |
| 01/06/2026 | Ï 7 | Summons Issued as to Timothy Hoffman, Hoffman Tactical, LLC. (Attachments: # 1 Summons Hoffman Tactical)(JCK) (Entered: 01/06/2026) |

| 01/06/2026 | ï | Clerk's Verification of PHV Requirements is complete *regarding document: 5 MOTION for Leave to Appear Pro Hac Vice of Decker A. Cammack ( Filing fee $ 150 receipt number ATNEDC–6193965.) filed by Rare Breed Triggers, Inc., ABC IP, LLC, 6 MOTION for Leave to Appear Pro Hac Vice of Glenn D. Bellamy ( Filing fee $ 150 receipt number ATNEDC–6193969.) filed by Rare Breed Triggers, Inc., ABC IP, LLC* (JCK) (Entered: 01/06/2026) |
|---|---|---|
| 01/06/2026 | ï | Notice of Failure to File Patent Report by ABC IP, LLC, Rare Breed Triggers, Inc. 1 Complaint, : (JCK) (Entered: 01/06/2026) |
| 01/06/2026 | ï 8 | Order Governing Depositions Signed by District Judge Curtis L Collier on 1/6/2025. (Copy of Order mailed to Glen D Bellamy and Decker A Cammack) (JCK) (Entered: 01/06/2026) |
| 01/06/2026 | ï 9 | Order Governing Motions To Dismiss Signed by District Judge Curtis L Collier on 1/6/2026. (Copy of Order mailed to Glen D Bellamy and Decker A Cammack)(JCK) (Entered: 01/06/2026) |
| 01/06/2026 | ï 10 | Order Governing Sealing Confidential Information Signed by District Judge Curtis L Collier on 1/6/2026. (Copy of Order mailed to Glen D Bellamy and Decker A Cammack)(JCK) (Entered: 01/06/2026) |
| 01/06/2026 | ï 11 | ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. You MUST register as an E–Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. This entry is the complete order of the Court. No document is attached. Signed by Magistrate Judge Christopher H Steger on 1/6/2026. (JDC) Modified on 1/7/2026 to indicate c/m to Decker A Cammack and Glen D Bellamy (ABF). (Entered: 01/06/2026) |
| 01/06/2026 | ï 12 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice. You MUST register as an E–Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. This entry is the complete order of the Court. No document is attached. Signed by Magistrate Judge Christopher H Steger on 1/6/2026. (JDC) Modified on 1/7/2026 to indicate c/m to Decker A Cammack and Glen D Bellamy (ABF). (Entered: 01/06/2026) |
| 01/07/2026 | ï 13 | PATENT AND TRADEMARK NOTICE in compliance with 35 USC 290 and/or 15 USC 1116 regarding U.S. Patent Nos. 12,038,247; 12,031,784; and 7,398,723 (Jackson, Joseph) (Entered: 01/07/2026) |
| 01/07/2026 | ï 14 | MOTION for Preliminary Injunction *(Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support)* by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit A – U.S Patent No. 12,038,247, # 2 Exhibit B – U.S. Patent No. 12,031,784, # 3 Exhibit C – U.S. Patent No. 7,398,723, # 4 Exhibit D – Declaration of Lawrence DeMonico Pursuant to 28 U.S.C. § 1746 in Support of Motion for Preliminary Injunction, # 5 Exhibit E – Representative Claim Chart for U.S. Patent No. 12,038,247)(Jackson, Joseph) (Entered: 01/07/2026) |
| 01/09/2026 | ï 15 | MOTION for Temporary Restraining Order *with Incorporated Brief in Support* by Rare Breed Triggers, Inc.. (Attachments: # 1 Other DeMonico Declaration)(Cammack, Decker) (Entered: 01/09/2026) |
| 01/12/2026 | ï | NOTICE of Hearing: Hearing on Motion for Temporary Restraining Order set for **1/12/2026** 02:00 PM in Courtroom 3 – Chattanooga before District Judge Curtis L Collier. (GRE) (Entered: 01/12/2026) |
| 01/12/2026 | ï 16 | MOTION to Continue *(Plaintiffs' Motion to Reschedule Hearing on Motion for Temporary Restraining Order and for Telephonic Participation)* by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 01/12/2026) |
| 01/12/2026 | ï 17 | ORDER granting in part 16 Motion to Continue. Motion Hearing reset for **1/13/2026** 03:00 PM Eastern time in Courtroom 3 – Chattanooga in person before District Judge Curtis L Collier. Plaintiffs' request for their principals to attend by telephone is denied. Plaintiffs are instructed to |

| | | |
|---|---|---|
| | | endeavor to give notice of the hearing to Defendants. Signed by District Judge Curtis L Collier on 1/12/2026. (CBS) Modified on 1/12/2026 to indicate c/m to Glen D Bellamy, WOOD, HERRON & EVANS, LLP, 600 Vine Street, Suite 2800, Cincinnati, OH 45202 (ABF). (Entered: 01/12/2026) |
| 01/12/2026 | Ï | NOTICE of Hearing on Motion 15 MOTION for Temporary Restraining Order *with Incorporated Brief in Support* : Motion Hearing set for **1/13/2026** 03:00 PM in Courtroom 1A – Chattanooga before District Judge Curtis L Collier. (GRE) (Entered: 01/12/2026) |
| 01/13/2026 | Ï 18 | NOTICE of Appearance by Jacob G Horton on behalf of All Defendants (Horton, Jacob) (Entered: 01/13/2026) |
| 01/13/2026 | Ï 19 | Minute Entry for proceedings held before District Judge Curtis L Collier: Motion Hearing held on 1/13/2026 re 15 MOTION for Temporary Restraining Order. (Court Reporter Elizabeth Coffey) (CNC) (Entered: 01/13/2026) |
| 01/13/2026 | Ï 20 | ORDER granting 15 Motion for Temporary Restraining Order. The Court sets an injunction bond in the amount of $20,000.00. Plaintiffs are ORDERED to remit payment to the Clerk of Court promptly. The Court further ORDERS that a hearing on Defendants Motion for Preliminary Injunction with Incorporated Brief in Support (Dkt. 16) be set before the undersigned on January 27, 2026, at 2:00 p.m. Eastern time. Signed by District Judge Curtis L Collier on 1/13/26. (GRE) (Entered: 01/13/2026) |
| 01/13/2026 | Ï | Set/Reset Hearings: Motion Hearing set for **1/27/2026** 02:00 PM in Courtroom 3 – Chattanooga before District Judge Curtis L Collier. (GRE) (Entered: 01/13/2026) |
| 01/14/2026 | Ï 21 | NOTICE by ABC IP, LLC, Rare Breed Triggers, Inc. re 20 Order on Motion for TRO. Receipt for injunction bond (EMC) (Entered: 01/14/2026) |
| 01/16/2026 | Ï 22 | SUMMONS Returned Executed by ABC IP, LLC, Rare Breed Triggers, Inc.. Timothy Hoffman served on 1/9/2026. (Attachments: # 1 Affidavit (Declaration of Mitch Boyd Pursuant to 27 U.S.C. § 1746))(Jackson, Joseph) (Entered: 01/16/2026) |
| 01/16/2026 | Ï 23 | SUMMONS Returned Executed by ABC IP, LLC, Rare Breed Triggers, Inc.. Hoffman Tactical, LLC served on 1/9/2026. (Attachments: # 1 Affidavit (Declaration of Mitch Boyd Pursuant to 28 U.S.C. § 1746))(Jackson, Joseph) (Entered: 01/16/2026) |
| 01/22/2026 | Ï 24 | MOTION for Leave to Appear Pro Hac Vice *of David A. Skeels* ( Filing fee $ 150 receipt number ATNEDC−6214397.) by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Other (Certificate of Good Standing – David A. Skeels, N.D. Tex.))(Jackson, Joseph) (Entered: 01/22/2026) |
| 01/22/2026 | Ï | Clerk's Verification of PHV Requirements is complete *regarding document: 24 MOTION for Leave to Appear Pro Hac Vice of David A. Skeels ( Filing fee $ 150 receipt number ATNEDC−6214397.) filed by Rare Breed Triggers, Inc., ABC IP, LLC* (CRV) (Entered: 01/22/2026) |
| 01/23/2026 | Ï 25 | ORDER granting 24 Motion for Leave to Appear Pro Hac Vice. You MUST register as an E−Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. This entry is the complete order of the Court. No document is attached. Signed by Magistrate Judge Christopher H Steger on 1/23/2026. (JDC) Modified on 1/23/2026 to indicate c/m to David A. Skeels and Glen D Bellamy (ABF). (Entered: 01/23/2026) |
| 01/23/2026 | Ï 26 | RESPONSE in Opposition re 14 MOTION for Preliminary Injunction *(Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support)* filed by Timothy Hoffman, Hoffman Tactical, LLC. (Attachments: # 1 Exhibit Declaration of Mr. Hoffman, # 2 Exhibit February 9, 2022 letter from Wood Herron & Evans, # 3 Exhibit Settlement Agreement, # 4 Exhibit U.S. Provisional Patent Application Number 63/377,498, # 5 Exhibit 784 patent claim chart, # 6 Exhibit 247 patent claim chart, # 7 Exhibit Assignment Abstract of Title, U.S. Pat. No. 9,568,264)(Horton, |

| | | |
|---|---|---|
| | | Jacob) (Entered: 01/23/2026) |
| 01/23/2026 | 27 | MOTION for Leave to Appear Pro Hac Vice *of Jonathan M. Blanchard* by Timothy Hoffman, Hoffman Tactical, LLC. (Attachments: # 1 Exhibit Certificate of Good Standing of Jonathan M. Blanchard)(Horton, Jacob) Modified on 1/27/2026 to indicate attorney is pending admission; no fee required (ABF). (Entered: 01/23/2026) |
| 01/26/2026 | 28 | NOTICE by United States of America *(Statement of Interest)* (Brown, Walter) (Entered: 01/26/2026) |
| 01/27/2026 | I | Clerk's Verification of PHV Requirements is complete *regarding document: 27 MOTION for Leave to Appear Pro Hac Vice of Jonathan M. Blanchard filed by Hoffman Tactical, LLC, Timothy Hoffman* (Attorney is pending admission; no fee required) (ABF) (Entered: 01/27/2026) |
| 01/27/2026 | 29 | ORDER granting 27 Motion for Leave to Appear Pro Hac Vice. You MUST register as an E–Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. This entry is the complete order of the Court. No document is attached. Signed by Magistrate Judge Christopher H Steger on 1/27/2026. (JDC) (Entered: 01/27/2026) |
| 01/27/2026 | 30 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/13/2026, before Judge Curtis L. Collier. Court Reporter/Transcriber Elizabeth Coffey. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic–case–filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due **2/17/2026**. Redacted Transcript Deadline set for **2/27/2026**. Release of Transcript Restriction set for **4/27/2026**. (EBC) (Entered: 01/27/2026) |
| 01/27/2026 | 31 | Minute Entry for proceedings held before District Judge Curtis L Collier: (1st Day) Motion Hearing held on 1/27/2026 re 14 Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support filed by Rare Breed Triggers, Inc., ABC IP, LLC. Motion Hearing Continued to **1/28/2026** 10:00 AM in Courtroom 3 – Chattanooga before District Judge Curtis L Collier.(Court Reporter Elizabeth Coffey) (BJL) Modified on 1/29/2026 (BJL). (Entered: 01/27/2026) |
| 01/27/2026 | 32 | ORDER re 20 Order on Motion for TRO. The Court EXTENDS the temporary restraining order (Doc. 20) until the earlier of the issuance of the Courts decision on the motion for preliminary injunction (Doc. 14) or February 10, 2026. Signed by District Judge Curtis L Collier on January 27, 2026. (EMC) Modified on 1/27/2026 to show order was mailed to Glen D Bellamy WOOD, HERRON & EVANS, LLP 600 Vine Street, Suite 2800 Cincinnati, OH 45202 and Jonathan M Blanchard Blanchard Horton PLLC P.O. Box 5657 Oak Ridge, TN 37830(EMC). (Entered: 01/27/2026) |
| 01/28/2026 | 33 | Minute Entry for proceedings held before District Judge Curtis L Collier: (2nd Day) Motion Hearing held on 1/28/2026 re 14 Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support filed by Rare Breed Triggers, Inc., ABC IP, LLC. Motion Hearing Continued for **1/29/2026** 10:00 AM in Courtroom 3 – Chattanooga before District Judge Curtis L Collier.(Court Reporter Elizabeth Coffey) (BJL) Modified on 1/29/2026 (BJL). (Entered: 01/28/2026) |
| 01/29/2026 | 34 | Minute Entry for proceedings held before District Judge Curtis L Collier: (3rd Day) Motion Hearing held on 1/29/2026 re 14 Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support filed by Rare Breed Triggers, Inc., ABC IP, LLC. *Exhibit and Witness list to be filed. (Court Reporter Elizabeth Coffey) (BJL) (Entered: 01/29/2026) |
| 01/30/2026 | 35 | STIPULATION re 1 Complaint, *for 21–Day Extension of Time to Respond* by All Defendants. (Horton, Jacob) (Entered: 01/30/2026) |

| 02/02/2026 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/27/2026, before Judge Curtis L. Collier. Court Reporter/Transcriber Elizabeth Coffey. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic–case–filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due **2/23/2026**. Redacted Transcript Deadline set for **3/5/2026**. Release of Transcript Restriction set for **5/4/2026**. (EBC) (Entered: 02/02/2026) |
|---|---|---|
| 02/02/2026 | 37 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/28/2026, before Judge Curtis L. Collier. Court Reporter/Transcriber Elizabeth Coffey. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic–case–filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due **2/23/2026**. Redacted Transcript Deadline set for **3/5/2026**. Release of Transcript Restriction set for **5/4/2026**. (EBC) (Entered: 02/02/2026) |
| 02/02/2026 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/29/2026, before Judge Curtis L. Collier. Court Reporter/Transcriber Elizabeth Coffey. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic–case–filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due **2/23/2026**. Redacted Transcript Deadline set for **3/5/2026**. Release of Transcript Restriction set for **5/4/2026**. (EBC) (Entered: 02/02/2026) |
| 02/03/2026 | 39 | Exhibit and Witness List– Custody of Exhibits: All exhibits **returned** to the offering party at the conclusion of the proceeding. **Advisory Notice –** At the conclusion of the trial or proceedings, pursuant to LR43.3, the offering party shall retain custody of exhibits and be responsible to the Court for preserving them until any appeal is concluded or the time for appeal has expired. Related document: 31 Minute Entry–Motion Hearing; 33 Minute Entry–Motion Hearing; 34 Minute Entry–Motion Hearing,(BJL) Modified on 2/3/2026 (BJL). (Entered: 02/03/2026) |
| 02/05/2026 | 40 | Proposed Findings of Fact by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) (Entered: 02/05/2026) |
| 02/05/2026 | 41 | Proposed Findings of Fact by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 02/05/2026) |
| 02/10/2026 | 42 | LOCAL RULE 7.1(d) SUPPLEMENTAL BRIEF to 14 MOTION for Preliminary Injunction *(Plaintiffs' Motion for Preliminary Injunction with Incorporated Brief in Support)* by ABC IP, LLC, Rare Breed Triggers, Inc. filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit Notice of Allowability, Application No 18/761,606)(Cammack, Decker) (Entered: 02/10/2026) |
| 02/10/2026 | 43 | ORDER re 32 Order. The temporary restraining order entered in this case (Doc. 20 ) is EXTENDED to February 11, 2026. Signed by District Judge Curtis L Collier on February 10, 2026. (EMC) Order mailed to Glen D Bellamy WOOD, HERRON & EVANS, LLP 600 Vine Street, Suite 2800 Cincinnati, OH 45202 and Jonathan M Blanchard Blanchard Horton PLLC P.O. Box |

| | | |
|---|---|---|
| | | 5657 Oak Ridge, TN 37830 (Entered: 02/10/2026) |
| 02/11/2026 | 44 | AMENDED Exhibit List and Witness List– Custody of Exhibits: All exhibits **returned** to the offering party at the conclusion of the proceeding. **Advisory Notice –** At the conclusion of the trial or proceedings, pursuant to LR43.3, the offering party shall retain custody of exhibits and be responsible to the Court for preserving them until any appeal is concluded or the time for appeal has expired. Related document: 31 Minute Entry–Motion Hearing; 33 Minute Entry–Motion Hearing; 34 Minute Entry– Motion Hearing.(BJL) (Entered: 02/11/2026) |
| 02/11/2026 | 45 | MEMORANDUM, granting 14 Motion for Preliminary Injunction.For the foregoing reasons, the Court will GRANT Plaintiffs motion for a preliminary injunction (Doc. 14) and continue the injunction bond of $20,000.An appropriate order will enter. Signed by District Judge Curtis L Collier on February 11, 2026. (SAC) Modified on 2/11/2026, Order mailed to Attorneys Bellamy and Blanchard. (SAC). (Entered: 02/11/2026) |
| 02/11/2026 | 46 | PRELIMINARY INJUNCTION.Signed by District Judge Curtis L Collier on February 11, 2026. (SAC)Order mailed to Glen D Bellamy and Jonathan M Blanchard. (Entered: 02/11/2026) |
| 02/16/2026 | 47 | AMENDED COMPLAINT against Timothy Hoffman, Hoffman Tactical, LLC., filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit A–'247 Paent, # 2 Exhibit B– '784 Patent, # 3 Exhibit C–'723 Patent, # 4 Exhibit D–Settlement Agreement, # 5 Exhibit E–'528 Patent)(Cammack, Decker) (Entered: 02/16/2026) |
| 02/17/2026 | 48 | AMENDED DOCUMENT by ABC IP, LLC, Rare Breed Triggers, Inc.. Amendment to 47 Amended Complaint, *Replacement/Amended Exhibit E ' 538 Patent*. (Cammack, Decker) (Entered: 02/17/2026) |
| 03/02/2026 | 49 | [STRICKEN PER ORDER 51 ] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) Modified on 3/3/2026 (ABF). (Entered: 03/02/2026) |
| 03/02/2026 | 50 | MEMORANDUM in Support of Motion re 49 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) (Entered: 03/02/2026) |
| 03/03/2026 | 51 | ORDER: Defendants have not made the certification required by the Courts Order Governing Motions to Dismiss (Doc. 9). Accordingly, Defendants motion (Doc. 49) is STRICKEN. Defendants deadline to answer or otherwise respond to the Amended Complaint (Doc. 47) is EXTENDED to March 17, 2026. Signed by District Judge Curtis L Collier on 3/3/26. (ABF) Modified on 3/3/2026 to indicate c/m to Glen D Bellamy, WOOD, HERRON & EVANS, LLP, 600 Vine Street, Suite 2800, Cincinnati, OH 45202 (ABF). (Entered: 03/03/2026) |
| 03/05/2026 | 52 | [WITHDRAWN PER NOTICE 62 ] MOTION for Order to Show Cause *Why AS Designs, LLC Should Not Be Held In Contempt for Violating Preliminary Injunction* by ABC IP, LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Affidavit Declaration of Decker A Cammack, # 2 Exhibit EX 1 to Declaration of Decker A. Cammack, # 3 Exhibit EX 2 to Declaration of Decker A Cammack, # 4 Exhibit EX 3 to Declaration of Decker A Cammack, # 5 Exhibit EX 1 to Exhibit 3 to Declaration of Decker A Cammack, # 6 Other Proposed Show Cause Order)(Cammack, Decker) Modified on 3/27/2026 (ABF). (Entered: 03/05/2026) |
| 03/13/2026 | 53 | NOTICE OF APPEAL as to 46 Preliminary Injunction, 45 Order on Motion for Preliminary Injunction, by Timothy Hoffman, Hoffman Tactical, LLC. Filing fee $ 605, receipt number ATNEDC–6258029. (Horton, Jacob) (Entered: 03/13/2026) |
| 03/13/2026 | 54 | NOTICE from the Sixth Circuit Court of Appeals,There will be no action taken on this appeal. The appeal is directed to the Federal Circuit.Thank you–Clerks Office, 6th Circuit Court of Appeals. No document attached. Docket Text Notice only.(SAC) (Entered: 03/13/2026) |

| 03/16/2026 | 55 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) (Entered: 03/16/2026) |
|---|---|---|
| 03/16/2026 | 56 | MEMORANDUM in Support of Motion re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) (Entered: 03/16/2026) |
| 03/16/2026 | 57 | NOTICE by Timothy Hoffman, Hoffman Tactical, LLC re 56 Memorandum in Support of Motion, 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Notice of Compliance with Meet and Confer Requirement* (Horton, Jacob) (Entered: 03/16/2026) |
| 03/17/2026 | 58 | ORDER: If any party contends that this Court lacks jurisdiction to address Plaintiffs motion for an order to show cause (Doc. 52) or Defendants motion to dismiss (Doc. 55), the objecting party shall file a notice setting out its position and supporting authority on or before March 25, 2026. Any response shall be filed within seven (7) days. Signed by District Judge Curtis L Collier on 3/17/2026. (c/m to Glen D Bellamy, WOOD, HERRON & EVANS, LLP, 600 Vine Street, Suite 2800, Cincinnati, OH 45202) (CRV) (Entered: 03/17/2026) |
| 03/19/2026 | 59 | RESPONSE in Opposition re 52 MOTION for Order to Show Cause *Why AS Designs, LLC Should Not Be Held In Contempt for Violating Preliminary Injunction* filed by Timothy Hoffman, Hoffman Tactical, LLC. (Attachments: # 1 Exhibit Declaration of Timothy Hoffman)(Horton, Jacob) (Entered: 03/19/2026) |
| 03/26/2026 | 60 | RESPONSE in Opposition re 52 MOTION for Order to Show Cause *Why AS Designs, LLC Should Not Be Held In Contempt for Violating Preliminary Injunction* filed by AS Designs, LLC. (Attachments: # 1 Exhibit 1 – Declaration of Matthew Karlovic)(Jackson, John) (Entered: 03/26/2026) |
| 03/26/2026 | 61 | REPLY to Response to Motion re 52 MOTION for Order to Show Cause *Why AS Designs, LLC Should Not Be Held In Contempt for Violating Preliminary Injunction* filed by ABC IP, LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 03/26/2026) |
| 03/27/2026 | 62 | NOTICE by ABC IP, LLC, Rare Breed Triggers, Inc. re 52 MOTION for Order to Show Cause *Why AS Designs, LLC Should Not Be Held In Contempt for Violating Preliminary Injunction of Withdrawal of Motion and Brief for Order to Show Cause* (Cammack, Decker) (Entered: 03/27/2026) |
| 03/27/2026 | 63 | NOTICE by Timothy Hoffman, Hoffman Tactical, LLC re 53 Notice of Appeal *Declaration of Jacob G. Horton Pursuant to Federal Rule of Appellate Procedure 10(b)(1)* (Horton, Jacob) (Entered: 03/27/2026) |
| 04/06/2026 | 64 | RESPONSE to Motion re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *OR IN THE ALTERNATIVE MOTION TO AMEND PURSUANT TO RULE 15(a)(2)* filed by ABC IP, LLC. (Cammack, Decker) (Entered: 04/06/2026) |
| 04/13/2026 | 65 | REPLY to Response to Motion re 55 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Timothy Hoffman, Hoffman Tactical, LLC. (Horton, Jacob) (Entered: 04/13/2026) |
| 04/14/2026 | 66 | ORDER: Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of April 2, 2026, and, with the consent of that court, assigned to the Honorable Amos L. Mazzant, III. Signed by Acting Clerk of the Panel (EMC) (Entered: 04/14/2026) |
| 04/14/2026 |  | Case transferred to Eastern District of Texas. Certified copy of transfer order and docket sheet sent. (EMC) (Entered: 04/14/2026) |